# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Misc. No. 25-mc-322-UNA |
| | ) | |
| Delaware Department of Labor, | ) | |
| | ) | |
| Respondent. | ) | |

## UNITED STATES OF AMERICA'S MOTION TO SEAL EXHIBIT B TO PETITION TO ENFORCE DEPARTMENT OF HOMELAND SECURITY ADMINISTRATIVE SUBPOENA

The United States of America, on behalf of the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), respectfully petitions this Court to seal Exhibit B to the government's Petition to Enforce Department of Homeland Security Administrative Subpoena. In support, the government states as follows:

1. The United States has petitioned this Court to enforce DHS Immigration Enforcement Subpoena Number HSI-WM-2025-048065-001 issued to the Delaware Department of Labor ("Delaware DOL"), dated April 7, 2025 (hereinafter, the "Administrative Subpoena"), and attached to the Petition as Exhibit B.

2. As set forth in the declaration of HSI Special Agent Kimberly Caraway, which is attached to the Petition as Exhibit A, since February 2025, HSI has been investigating reports that various Delaware businesses are employing undocumented aliens in violation of 8 U.S.C. § 1324a(a)(1). Ex. A ¶ 6.

1

3. To assist HSI's worksite enforcement investigations, HSI issued the Administrative Subpoena under the authority set forth in 8 U.S.C. § 1225(d)(4) requiring the production of wage reports for the third and fourth quarters of 2024 for fifteen specified Delaware businesses. *Id.* ¶¶ 7, 14-19. The businesses were identified by their names, addresses, and file numbers. *Id.* ¶ 19.

4. As set out in the Caraway Declaration, wage reports can be useful to HSI's investigations for a number of reasons. *Id.* ¶¶ 9-11. One of those reasons is that they help HSI maintain a covert investigation—requesting records from the Delaware DOL does not alert the business that they are under investigation. *Id.* ¶ 11. Should a business become aware they are under investigation, they may take action to negatively influence the investigation, including fabricating records and firing employees. *Id.*

5. So as not to prematurely alert the targets of HSI's worksite investigations as to the investigations' existence, the government seeks to file the Administrative Subpoena, or Exhibit B, under seal.

///

WHEREFORE, the United States respectfully requests that the Court grant its Motion to Seal Exhibit B to the Petition.

Respectfully submitted,

JULIANNE E. MURRAY
United States Attorney

By: /s/ Claudia Pare
Claudia Pare
Assistant United States Attorney

Dated: July 31, 2025

AND NOW, to wit, this __1st__ day of __August__, 2025, upon the foregoing Motion, IT IS HEREBY ORDERED that Exhibit B to the Petition in the above-captioned case be sealed until further order of the Court.

_____
United States District Judge