IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )  C.A. No. 25-322-CFC
    v.                             )
                                   )
DELAWARE DEPARTMENT OF             )
LABOR,                             )
                                   )
              Defendant.           )
                                   )


                    Wednesday, August 6, 2025
                         1:00 p.m.
                    Show Cause Hearing



                     844 King Street
                   Wilmington, Delaware


     BEFORE: THE HONORABLE COLM F. CONNOLLY
     United States District Court Judge



     APPEARANCES:


                 DEPARTMENT OF JUSTICE
                 BY:  CLAUDIA LOUISE PARE, ESQ.
                      Counsel for the Plaintiff


                 DELAWARE DEPARTMENT OF JUSTICE
                 BY:  IAN ROBERT LISTON, ESQ.
                 BY:  JENNIFER-KATE M. AARONSON, ESQ.
                      Counsel for the Defendants

_ _ _ _ _ _ _ _ _ _

P R O C E E D I N G S

(Proceedings commenced in the courtroom beginning at 1:00 p.m.)

**THE COURT:**  Good afternoon.  Please be seated.

Ms. Pare.

**MS. PARE:**  Good afternoon, Your Honor.

Now is the time the Court has set for a show cause hearing in the matter of United States of America versus the Delaware Department of Labor.

The Department of Labor is present and represented by counsel, and the parties are ready to proceed.

**THE COURT:**  All right.  Thank you.

Good afternoon, Ms. Aaronson.

**MS. AARONSON:**  Good afternoon, Your Honor.

**THE COURT:**  So I realize, you know, the order said August 6, but there's a briefing or dates that go beyond this, but it struck me that because of the alleged nonresponsiveness of the Department of Labor, I ought to get you guys in here and let's get this thing moving.  You know, maybe it's not going to be contested, for all I

know.

You want to speak to that, and we can set up how we are going to address the ultimate motion on the merits.

**MS. AARONSON:**  I'm happy to address that, Your Honor.

For context, there is only one subpoena at issue, and that is the one dated April 7 of 2025.

**THE COURT:**  Okay.

**MS. AARONSON:**  If we go back to February, on February, there are two subpoenas February 3rd.  One is for specific information of a specific person regarding wages.

That subpoena was received by DOL.  It included identifying information.  DOL responded to that subpoena.

On the same day is a subpoena for wage records for three businesses.  The names and addresses for those businesses either didn't match, either the name didn't match what was in DOL or address didn't match, and there were no FEIN numbers for those businesses.

FEIN numbers are what DOL uses to confirm or verify that they are actually disclosing the accurate information for the correct business.

So there are multiple e-mails going back and forth between Crystal Wimbush, who is an administrative

assistant at DOL, and Agent Caraway.

Within five days, the next subpoena comes in, and that one is for seven more businesses.  There's continued discussion.  DOL keeps saying, "Please, we need the FEIN numbers."  And then it seems to get a bit confusing.  Because the administrative assistant is asked by Agent Carawy, "Will TIN numbers or will file numbers be okay?"  Ms. Wimbush says, "Yes."

At some point, there's an e-mail, "What are these file numbers?"

It comes out that the file numbers are, in fact, for Division of Corporations, a system to which DOL has no access.  So there's still no way to verify.

The third subpoena involved is the subpoena that is March 4th.  That is ten additional employers.  Again, there is some correspondence going back and forth.

Finally, we come to April 7, and that is the superceding subpoena for 15 businesses.  There were 21 total.  Now, we're down to 15.  Six businesses have dropped off of ICE's radar or request for records.

**THE COURT:**  That's because they informally told you that or what do you mean because the subpoena initially covered them?

**MS. AARONSON:**  No.  What it is is that there's an e-mail that will be part of the record that is from

Agent Caraway to Wimbush acknowledging this is superceding.  Ignore the other three.

**THE COURT:**  That's what I'm getting at.  Well, wait.  The e-mail is saying:  The most recent subpoena controls; ignore the other three.

**MS. AARONSON:**  Correct.

**THE COURT:**  But then 21 versus the 15 is that because... are the 21 listed in the April subpoena?

**MS. AARONSON:**  No, only 15.

**THE COURT:**  Only 15 are.

**MS. AARONSON:**  Fortunately, DOL didn't hand out any information because had it been inaccurate information about a particular business, because the name didn't match or the address didn't match, and there's no FEIN number, there potentially could have been six businesses whose records would have been disclosed inappropriately.

**THE COURT:**  Gotcha.

**MS. AARONSON:**  DOL takes its duty of confidentiality, under both the federal regulations and state regs and law, extraordinarily seriously because these are the confidential reports of wages, names, addresses, Social Security numbers of employees.

**THE COURT:**  Uh-huh.

**MS. AARONSON:**  To alert the Court, DOL intends to file a motion to unseal the subpoena and to permit what

is another interested party to become involved, if they so wish, in this litigation.

Those business reports, the wage reports, are the confidential business records of those employers. There are strong, compelling policy reasons for those interested parties to be able to put forth their position on the disclosure of their records in this particular case.

**THE COURT:**  Have you communicated with those parties?

**MS. AARONSON:**  No, not at all.

**THE COURT:**  Okay.

**MS. AARONSON:**  That's another point of this.  I mean, the subpoenas that DOL has received, every one of them has the standard boilerplate language:  You are requested not to disclose --

**THE COURT:**  Right.

**MS. AARONSON:**  -- for an indefinite period of time.

So DOL is trying to sort out which businesses are involved.  They are not getting what they need, the FEIN numbers from ICE, and they didn't share any of this with anyone.

**THE COURT:**  Okay.

**MS. AARONSON:**  And then this motion is filed.

It's not on the record.

**THE COURT:** What's not on the record?

**MS. AARONSON:** I mean, it's not confidential. I'm sorry. It's not confidential.

At no time was Agent Caraway actually dealing with anyone in DOL, who had a duty to maintain that confidentiality because of some relationship with DOL -- with ICE.

So we are hoping to be fully prepared to flesh that argument out.

**THE COURT:** Time out, just so I get clarity.

In other words, what you are saying is when Agent Caraway calls up and speaks to somebody from DOL, that's not a privileged conversation. That's not a confidential conversation, is what you are saying.

So even if there's a motion, later on filed in court, that summarizes those communications and is under seal, and there is a request made for me to keep it under seal, as I understand your point it's that, well, there was no requirement that DOL not go to the media as soon as it got the call from Caraway, and whatever was said by Caraway on the phone, wouldn't be covered by some confidentiality provision; is that what your point is?

**MS. AARONSON:** It is.

There is no statutory requirement or mandate

that permits ICE to mandate the confidentiality of these. There was no attempt, in this administrative situation, for ICE to come forward to the Court and say:  Can we in this particular situation move the Court for a gag order because we don't have the statutory authority to stop DOL or anyone else from disclosing them.

It's simply a request.

**THE COURT:**  Gotcha.

**MS. AARONSON:**  In the past, DOL, as is in part and parcel of these facts, DOL has responded in good faith to ICE in the past and in good faith maintained the confidentiality.

But at this point, there is a concern that this Court have all of the interested parties with standing before it and all of the issues fleshed out, so they can address what we believe are very serious, compelling reasons why disclosure should not be mandated or enforced by this Court.

**THE COURT:**  Okay.  All right.  So are you going to argue in your opposition these compelling, quote, unquote, compelling interests or are you leaving it to... is it your position that it ought to be that these third parties assert the compelling interest?

In other words, is your argument going to be in response, this has been a mess; you know, we didn't get

the right numbers; it's a moving target as to what businesses there are, and we've got confidential information, and we've got real concerns about that. But we'll work it out. If they finally come up with the right numbers, we'll give them the information. That would be one position you could take.

Another position would be that, plus, you think that there's grounds to quash, essentially, the request and not produce the information, but you also, since you're invoking these third parties, it sounds like you want to litigate whether these papers should remain under seal, such that third parties might come in and argue the merits.

But are you going to argue the merits on that or leave it to the third parties?

**MS. AARONSON:** Well, I certainly will argue the merits as to why the records should not be released from the perspective of DOL.

**THE COURT:** So you are taking the position they should not be released, and it's not based on failure from Agent Caraway to do a better job of identifying with specificity and consistency the employers. There's other grounds?

**MS. AARONSON:** I think that those facts about the communications and the cross-communications and

misunderstanding about division of corporation file numbers, I think that is all relevant to show DOL's overall good faith in this entire process.

In that, when, if this Court is going to enforce it, and then there's a subsequent motion for some kind of sanction or something else, against DOL, I think all of that is relevant.

**THE COURT:** That's relevant, but are you going to preclude the enforcement? Are you going to try to argue to stop the enforcement of the subpoena?

**MS. AARONSON:** Absolutely.

**THE COURT:** You are.

Give me in a nutshell, then, what's the DOL position on that?

**MS. AARONSON:** So there are these confidentiality rules and regs, both federal and state. And there are exceptions to those, under the regulations, feds and state.

And it is our position that it actually -- those exceptions do not apply in this case. The state and the fed regs provide a qualifier for the release of this confidential information, and the qualifier is not inconsistent with the purpose or with the purpose of state UC law, and if such disclosure will not impede the operation of the Department of Labor.

And to give the Court a very brief idea of how this would play out, these wage reports are used by the Unemployment Insurance Division to calculate the assessment, which are really taxes.

Employers pay those taxes. Those taxes go into a state-funded trust fund. And when a qualifying claimant, who lost their job for no reason of their own, has a claim, and that claim is deemed valid by DOL, then the claimant's claim is paid from this state trust fund.

If DOL, as the third-party holder of these confidential records, starts just disseminating them, it is a disincentive for businesses to actually file them. It would have a chilling effect and potentially have a massive or enormous effect on the state trust fund that literally funds the claims.

And the whole purpose of the unemployment insurance compensation scheme is to ensure the economic stability of people.

And so if there is a suspicion, if there is a suspicion that a business has -- I don't know -- if there is a hotline tip say, Your Honor, and then here comes another one for that particular business, it's going to discourage businesses from even filing them because the source of information is coming from the Department of Labor that provides the name, address, and Social Security

number.

And the other part of this is there are other ways for ICE to get this information.  I understand, under the framework for analysis, that the ability to get it somewhere else isn't the simple answer only.  Right?

I understand that just because ICE can get it somewhere else, doesn't mean they have to get it somewhere else.

That said, even Caraway, in her declaration, acknowledges that the entire element of surprise of whether businesses are complying with mandated maintaining of these IC9 forms, well, that would all be lost, this element of surprise, if we actually got the information to confirm or to continue to investigate a business' noncompliance with IC9 or with verifying Social Security numbers of employees when they are hired.

So our compelling policy interest is the concern that this literally will have such a chilling effect that it puts at risk the entire mission and purpose of the Unemployment Insurance Compensation Fund.

**THE COURT:**  All right.

Now, under the order I issued, which I would be the first to say when you got it, you might have said, "Hmm, this is kind of curious" because it only required service within 30 days upon you, but yet I went ahead and

scheduled the hearing.  It was a form order, obviously, that was submitted to me.

And then it asked for you to provide a response within 14 days of the service.  I don't know.  Were you served?

**MS. AARONSON:**  DOL was served last Friday, late.

**THE COURT:**  Okay.  Is it going to be a problem to file a response within 14 days of that?

**MS. AARONSON:**  Well, Your Honor, we would like to file the motion to unseal or to notify the businesses, in whatever way that the Court would consider appropriate, and would, hopefully, be able to do that by next Wednesday.

I've not had a chance to talk to opposing counsel yet on this, but it will be DOL's position or submission to the Court that this enforcement action should be held in abeyance until the Court decides whether the businesses should be given the opportunity to present their arguments, as well as, potentially, their policy reasons, which, perhaps, are very different from DOL's policy arguments as to why this should not be enforced.

**THE COURT:**  All right.  Thank you.

**MS. AARONSON:**  Thank you.

**THE COURT:**  Ms. Pare.

**MS. PARE:** Thank you, Your Honor.

The federal government routinely issues subpoenas to state and locals as custodians of data in connection with investigations that are relevant or in connection with federal investigations, and that's what happened in this case.

The United States Homeland Security investigations served an administrative subpoena on the Delaware Department of Labor. It did so pursuant to the authority given to it by congress under the Immigration and Nationality Act. It issued the subpoena several months ago.

And up until today, the United States was given no reason why records had not been produced in response to that subpoena.

**THE COURT:** Well, what do you say in response to Ms. Aaronson's recitation about the back and forth between the agent and the assistant and the shifting numbers and the identification of the employers at issue? Do you dispute that?

**MS. PARE:** Not entirely, Your Honor. There were four subpoenas. They were issued different dates, and, ultimately, Special Agent Caraway did notify the defendant it was only seeking the records identified in the final subpoena.

But, the Delaware Department of Labor employee did indicate at one point that files numbers would be sufficient.  It was Special Agent Caraway's understanding that file numbers would be sufficient, given that is a number issued by the State of Delaware.  And after that fourth subpoena was served, absolute crickets from the State of Delaware.

**THE COURT:**  It was served when exactly?  Was it April?

**MS. PARE:**  Yes, it was in April.

**THE COURT:**  Sometimes in April, I think that's undisputed then.  You've heard nothing since April?

**MS. PARE:**  Exactly.

And if it were could true that the Delaware Department of Labor were intending to respond, but couldn't because for some reasons, numbers didn't match up, I would expect that would be a communication either to my office or to Special Agent Caraway.  There was none.

**THE COURT:**  Okay.

**MS. PARE:**  The Third Circuit has set out five factors for determining for when a Court should enforce --

**THE COURT:**  Let's not get to that because I mean, I did something unusual, right.  I ordered the hearing right away.

**MS. PARE:**  Yes.

**THE COURT:** One of the reasons I did was because, I don't know, I guess I suspected that maybe people weren't talking, and that maybe if we hauled everybody into court, this would all work out.

It sounds like it's not going to all work out based on what Ms. Aaronson said.

And by your schedule that I signed off on, service wouldn't have had to have been effectuated until August 31st, then there would have been 14 days for any response, followed by seven days for you to reply.

That puts us into the third week of September, September 21st. That tells me there's not an urgency to this. Right?

**MS. PARE:** That's fair.

**THE COURT:** That's your own schedule.

So I think rather than deal with the merits, let's put that off.

**MS. PARE:** Okay.

**THE COURT:** It sounds like they are going to respond.

**MS. PARE:** Yes.

**THE COURT:** And then you will be able to respond in full to that, and then we can set up a hearing sometime after September 21st, when this is fully briefed. Now, does that sound --

**MS. PARE:** It does.

**THE COURT:** -- amenable to you?

**MS. PARE:** It does.

**THE COURT:** Maybe you can talk after this hearing, though, and work out at least some of this and narrow what the disputes are.

**MS. PARE:** Yes.

If I would briefly, though, Your Honor, on the last two motions that Ms. Aaronson mentioned, the government would object to unsealing for the reasons in the seal motion.

**THE COURT:** Right.

**MS. PARE:** And the government, quite frankly, doesn't see why the third parties are relevant at all to this question.

**THE COURT:** Well, they are going to file. I can't stop them from filing a motion, right?

**MS. PARE:** That's fair.

**THE COURT:** I will give you the opportunity to, obviously, respond to that.

**MS. PARE:** Yes.

**THE COURT:** And in the meantime, everything is going to remain under seal.

**MS. PARE:** Yes.

**THE COURT:** Because you did establish good

cause, in my estimation, to have the papers remain under seal.

**MS. PARE:**  Uh-huh.

**THE COURT:**  So why don't we address that as well.  I don't think there is a timeline --

**MS. PARE:**  No, there is not.

**THE COURT:**  -- in place for when they have to file such a motion, since I didn't anticipate such a motion.  Obviously, you can deal with it.  In the meantime, the matters are under seal.

**MS. PARE:**  Yes.

**THE COURT:**  There is this anomaly, I think though, that Ms. Aaronson has noted, which is that there are conversations that exist without sealing orders, and I don't know what law would preclude somebody from talking about those conversations.

**MS. PARE:**  No, I agree.  The subpoenas, themselves, the language is not a requirement.  The language is "you are requested."

**THE COURT:**  Right.  Okay.  Is there anything else you want to address at this point?

**MS. PARE:**  No, Your Honor.

**THE COURT:**  All right.  Now, so service was effectuated, was it Friday?

**MS. PARE:**  Friday, yes.

**THE COURT:** Okay. So, technically, in other words, you served them before you had to, right?

**MS. PARE:** Yes.

**THE COURT:** And that would give them 14 days from Friday to file a response.

I would rather have the benefit of good briefing from the parties. So should we just stick with the August or the September 14, September 21 dates?

What's your proposal or, you know, because, technically, right, I guess, you could say... What was Friday? What was the date?

**MS. PARE:** I believe it would bring them to August 15.

**THE COURT:** August 15.

**MS. PARE:** Yeah.

**THE COURT:** And then you'd have --

**MS. PARE:** Twenty-first?

**THE COURT:** -- 22nd by my count. Depends on weekdays and whatnot.

I'm in trial all next week. Given our schedule and what I've got in September, frankly, I'm happy to put this off until September 21st.

And what's the government's position on timing?

**MS. PARE:** The subpoenas have been pending for several months now. My preference would be to not wait

until September, but in the end, I am happy to defer to the Court.

THE COURT: Right. In fairness, the schedule you set up would have allowed for that, right?

MS. PARE: Yeah.

THE COURT: Okay.

Ms. Aaronson, when could you be in a decent position to get a response in?

MS. AARONSON: A response to the substantive motion to enforce?

THE COURT: Yes. Technically, under this order, it's 14 days. I think Ms. Pare has recognized, given the order that the government proposed for my signature, they are willing to push this back a bit. I'm trying to work with you both here.

What works for you? You know, how many days would you like?

MS. AARONSON: We will file. If it's acceptable to the Court, we would file the motion to unseal by next Friday.

THE COURT: I am putting that aside.

MS. AARONSON: Okay.

THE COURT: Let's just talk about the merits.

When do you want to brief your opposition on the merits?

**MS. AARONSON:**  August 29 is fine.

**THE COURT:**  August 29th is a Friday.

Ms. Pare, now you only gave yourself seven days, but if you want more, you may.

When do you want to file a reply?

It's right before Labor Day.

**MS. PARE:**  Yeah.  I will take 14 days, if that's all right, Your Honor.

**THE COURT:**  That sounds fine.

That will put you at, what's that, August 12th, that Friday.

**MS. PARE:**  September 12th.

**THE COURT:**  September 12, yeah.

**MS. PARE:**  That will work, Your Honor.

**THE COURT:**  Okay.  Why don't you do that, and then I will get to it.

I will say I'm not treating this as an emergent matter.  I think it is appropriate then, I will do my best to get it right.

**MS. PARE:**  That's correct, Your Honor.

**THE COURT:**  So the government's reply will be due September 12.

And then on the motion to seal, we will just have to see what comes, and then we can go by the local rules as far as briefing that.

MS. AARONSON: Thank you, Your Honor.

THE COURT: Anything else I can attend to?

MS. PARE: No, Your Honor.

MS. AARONSON: No, Your Honor.

THE COURT: All right. Thank you very much.

We are adjourned.

(The proceedings concluded at 1:29 p.m.)

CERTIFICATE OF COURT REPORTER

I hereby certify that the foregoing is a true and

accurate transcript from my stenographic notes in the

proceeding.

/s/ Bonnie R. Archer
Bonnie R. Archer, RPR, FCRR
Official Court Reporter
U.S. District Court

[65]
MS. AARONSON: [29]
MS. PARE: [34]
THE COURT: [63]

**/**

/s [1]   22/18

**1**

12 [2]   21/13 21/22
12th [2]   21/10 21/12
14 [7]   13/4 13/9 16/9 19/4 19/8 20/12 21/7
15 [7]   4/18 4/19 5/7 5/9 5/10 19/13 19/14
1:00 [2]   1/11 2/6
1:29 [1]   22/7

**2**

2025 [2]   1/11 3/8
21 [4]   4/18 5/7 5/8 19/8
21st [3]   16/12 16/24 19/22
22nd [1]   19/18
22nd by [1]   19/18
25 [1]   1/4
25-322-CFC [1]   1/4
29 [1]   21/1
29th [1]   21/2

**3**

30 [1]   12/25
31st [1]   16/9
322 [1]   1/4
3rd [1]   3/11

**4**

4th [1]   4/15

**6**

6 [2]   1/11 2/21

**7**

7 [2]   3/8 4/17

**8**

844 [1]   1/14

**A**

AARONSON [6]   1/24 2/18 16/6 17/9 18/13 20/7
Aaronson's [1]   14/17
abeyance [1]   13/18
ability [1]   12/4
able [3]   6/6 13/13 16/22
about [7]   5/13 9/3 9/24 10/1 14/17 18/16 20/23
absolute [1]   15/6
Absolutely [1]   10/11
acceptable [1]   20/19
access [1]   4/13
accurate [2]   3/22 22/16
acknowledges [1]   12/10

acknowledging [1]   12/4
Act [1]   14/11
action [1]   13/17
actually [5]   3/22 7/5 10/19 11/12 12/13
additional [1]   4/15
address [8]   3/3 3/5 3/19 5/14 8/16 11/25 18/4 18/21
addresses [2]   3/17 5/22
adjourned [1]   22/6
administrative [4]   3/25 4/6 8/2 14/8
after [3]   15/5 16/24 17/4
afternoon [4]   2/8 2/10 2/18 2/19
Again [1]   4/16
against [1]   10/6
agent [10]   4/1 4/7 5/1 7/5 7/13 9/21 14/18 14/23 15/3 15/18
ago [1]   14/12
agree [1]   18/17
ahead [1]   12/25
alert [1]   5/24
all [18]   2/17 2/25 6/11 8/14 8/15 8/19 10/2 10/7 12/12 12/21 13/23 16/4 16/5 17/14 18/23 19/20 21/8 22/5
alleged [1]   2/22
allowed [1]   20/4
also [1]   9/9
am [2]   20/1 20/21
amenable [1]   17/2
AMERICA [2]   1/3 2/12
analysis [1]   12/4
anomaly [1]   18/12
another [4]   6/1 6/13 9/7 11/22
answer [1]   12/5
anticipate [1]   18/8
any [3]   5/12 6/22 16/9
anyone [3]   6/23 7/6 8/6
anything [2]   18/20 22/2
APPEARANCES [1]   1/19
apply [1]   10/20
appropriate [2]   13/12 21/18
April [7]   3/8 4/17 5/8 15/9 15/10 15/11 15/12
April 7 [2]   3/8 4/17
Archer [2]   22/18 22/19
are [46]
argue [5]   8/20 9/12 9/14 9/16 10/10
argument [2]   7/10 8/24
arguments [2]   13/20 13/22
as [15]   7/19 7/20 7/20 8/9 9/1 9/17

11/10 13/20 13/20 13/22 14/3 18/4 21/17 21/25 21/25
aside [1]   20/21
asked [2]   4/6 13/3
assert [1]   8/23
assessment [1]   11/4
assistant [3]   4/1 4/6 14/18
attempt [1]   8/2
attend [1]   22/2
attention [1]   12/23
August [9]   1/11 2/21 16/9 19/8 19/13 19/14 21/1 21/2 21/10
August 12th [1]   21/10
August 15 [2]   19/13 19/14
August 29 [1]   21/1
August 29th is [1]   21/2
August 31st [1]   16/9
August 6 [1]   2/21
authority [2]   8/5 14/10
away [1]   15/24

**B**

back [5]   3/10 3/24 4/16 14/17 20/14
based [2]   9/20 16/6
be [29]
because [18]   2/22 4/6 4/21 4/22 5/8 5/12 5/13 5/20 7/7 8/5 11/23 12/6 12/24 15/16 15/22 16/2 17/25 19/9
become [1]   6/1
been [8]   5/12 5/15 5/16 8/25 14/14 16/8 16/9 19/24
before [4]   1/16 8/15 19/2 21/6
beginning [1]   2/5
believe [2]   8/16 19/12
benefit [1]   19/6
best [1]   21/18
better [1]   9/21
between [2]   3/25 14/18
beyond [1]   2/22
bit [2]   4/5 20/14
boilerplate [1]   6/15
Bonnie [2]   22/18 22/19
both [3]   5/19 10/16 20/15
brief [2]   11/1 20/24
briefed [1]   16/24
briefing [3]   2/21 19/7 21/25
briefly [1]   17/8
bring [1]   19/12
business [6]   3/23 5/13 6/3 6/4 11/20 11/22
business' [1]   12/14
businesses [14]   3/17 3/18 3/20 4/3 4/18 4/19 5/15 6/20

9/2 11/12 11/23 12/1 11/12 11/23
C [1]   2/3
C.A [1]   1/4
calculate [1]   11/3
call [1]   7/21
calls [1]   7/13
can [9]   3/2 8/3 8/15 12/6 16/23 17/4 18/9 21/24 22/2
can't [1]   17/17
Caraway [10]   4/1 5/1 7/5 7/13 7/21 7/22 9/21 12/9 14/23 15/18
Caraway's [1]   15/3
Carawy [1]   4/7
case [3]   6/8 10/20 14/6
cause [3]   1/12 2/12 18/1
certainly [1]   9/16
CERTIFICATE [1]   22/13
certify [1]   22/15
CFC [1]   1/4
chance [1]   13/15
chilling [2]   11/13 12/18
Circuit [1]   15/20
claim [3]   11/8 11/8 11/9
claimant [1]   11/7
claimant's [1]   11/9
claims [1]   11/15
clarity [1]   7/11
CLAUDIA [1]   1/21
COLM [1]   1/16
come [4]   4/17 8/3 9/4 9/12
comes [4]   4/2 4/11 11/21 21/24
coming [1]   11/24
commenced [1]   2/5
communicated [1]   6/9
communication [1]   15/17
communications [3]   7/17 9/25 9/25
compelling [6]   6/5 8/16 8/20 8/21 8/23 12/17
compensation [2]   11/17 12/20
complying [1]   12/11
concern [2]   8/13 12/18
concerns [1]   9/3
concluded [1]   22/7
confidential [8]   5/21 6/4 7/3 7/4 7/15 9/2 10/22 11/11
confidentiality [6]   5/19 7/7 7/23 8/1 8/12 10/16
confirm [2]   3/21 12/14
confusing [1]   4/6
congress [1]   14/10
connection [2]   14/4 14/5

CONNOLLY [1]   1/16
consider [1]   13/12
consistency [1]   9/22
contested [1]   2/25
context [1]   3/7
continue [1]   12/14
continued [1]   4/4
controls [1]   5/5
conversation [2]   7/14 7/15
conversations [2]   18/14 18/16
corporation [1]   10/1
Corporations [1]   4/12
correct [3]   3/23 5/6 21/20
correspondence [1]   4/16
could [5]   5/15 9/6 15/14 19/10 20/7
couldn't [1]   15/16
counsel [4]   1/21 1/24 2/15 13/16
count [1]   19/18
court [21]   1/1 1/16 2/11 5/24 7/17 8/3 8/4 8/14 8/18 10/4 11/1 13/12 13/17 13/18 15/21 16/4 20/2 20/19 22/13 22/19 22/20
courtroom [1]   2/5
covered [2]   4/23 7/22
crickets [1]   15/6
cross [1]   9/25
cross-communications [1]   9/25
Crystal [1]   3/25
curious [1]   12/24
custodians [1]   14/3

**D**

D [1]   2/3
data [1]   14/3
date [1]   19/11
dated [1]   3/8
dates [3]   2/21 14/22 19/8
day [2]   3/16 21/6
days [11]   4/2 12/25 13/4 13/9 16/9 16/10 19/4 20/12 20/16 21/4 21/7
deal [2]   16/16 18/9
dealing [1]   7/5
decent [1]   20/7
decides [1]   13/18
declaration [1]   12/9
deemed [1]   11/8
defendant [2]   1/7 14/24
Defendants [1]   1/24
defer [1]   20/1
DELAWARE [10]   1/2 1/6 1/14 1/23 2/13 14/9 15/1 15/5 15/7 15/14
DEPARTMENT [11]   1/6 1/20 1/23 2/13 2/14 2/23 10/25 11/24 14/9 15/1 15/15

**D**

**Depends [1]** 19/18
**determining [1]** 15/21
**did [6]** 14/9 14/23 15/2 15/23 16/1 17/25
**didn't [10]** 3/18 3/18 3/19 5/11 5/13 5/14 6/22 8/25 15/16 18/8
**different [2]** 13/21 14/22
**disclose [1]** 6/16
**disclosed [1]** 5/16
**disclosing [2]** 3/22 8/6
**disclosure [3]** 6/7 8/17 10/24
**discourage [1]** 11/23
**discussion [1]** 4/4
**disincentive [1]** 11/12
**dispute [1]** 14/20
**disputes [1]** 17/6
**disseminating [1]** 11/11
**DISTRICT [4]** 1/1 1/2 1/16 22/20
**division [3]** 4/12 10/1 11/3
**do [10]** 4/22 9/21 10/20 13/13 14/16 14/20 20/24 21/5 21/15 21/18
**does [3]** 16/25 17/1 17/3
**doesn't [2]** 12/7 17/14
**DOL [25]**
**DOL's [3]** 10/2 13/16 13/21
**don't [8]** 8/5 11/20 13/4 16/2 18/4 18/5 18/15 21/15
**down [1]** 4/19
**dropped [1]** 4/20
**due [1]** 21/22
**duty [2]** 5/18 7/6

**E**

**e [6]** 2/3 2/3 3/24 4/9 4/25 5/4
**e-mail [3]** 4/9 4/25 5/4
**e-mails [1]** 3/24
**economic [1]** 11/17
**effect [3]** 11/13 11/14 12/19
**effectuated [2]** 16/8 18/24
**either [3]** 3/18 3/18 15/17
**element [2]** 12/10 12/13
**else [7]** 8/6 10/6 12/5 12/7 12/8 18/21 22/2
**emergent [1]** 21/17
**employee [1]** 15/1
**employees [2]** 5/22 12/16
**employers [5]** 4/15 6/4 9/22 11/5 14/19
**end [1]** 20/1

**F**

**enforce [3]** 10/5 10/7 20/19
**enforced [2]** 8/17 13/22
**enforcement [3]** 10/9 10/10 13/17
**enormous [1]** 11/14
**ensure [1]** 11/17
**entire [3]** 10/3 12/10 12/19
**entirely [1]** 14/21
**ESQ [3]** 1/21 1/23 1/24
**essentially [1]** 9/8
**establish [1]** 17/25
**estimation [1]** 18/1
**even [3]** 7/16 11/23 12/9
**every [1]** 6/14
**everybody [1]** 16/4
**everything [1]** 17/22
**exactly [2]** 15/8 15/13
**exceptions [2]** 10/17 10/20
**exist [1]** 18/14
**expect [1]** 15/17
**extraordinarily [1]** 5/20

**F**

**F [1]** 1/16
**fact [1]** 4/12
**factors [1]** 15/21
**facts [2]** 8/10 9/24
**failure [1]** 9/20
**fair [2]** 16/14 17/18
**fairness [1]** 20/3
**faith [3]** 8/10 8/11 10/3
**far [1]** 21/25
**FCRR [1]** 22/19
**February [3]** 3/10 3/11 3/11
**February 3rd [1]** 3/11
**fed [1]** 10/21
**federal [4]** 5/19 10/16 14/2 14/5
**feds [1]** 10/18
**FEIN [5]** 3/20 3/21 4/5 5/14 6/22
**file [15]** 4/7 4/10 4/11 5/25 10/1 11/12 13/9 13/11 15/4 17/16 18/8 19/5 20/18 20/19 21/5
**filed [2]** 6/25 7/16
**files [1]** 15/2
**filing [2]** 11/23 17/17
**final [1]** 14/25
**finally [2]** 4/17 9/4
**fine [2]** 21/1 21/9
**first [2]** 12/23 19/17
**five [2]** 4/2 15/20
**flesh [1]** 7/9
**fleshed [1]** 8/15
**followed [1]** 16/10
**foregoing [1]** 22/15
**form [1]** 13/1

**forms [1]** 12/12
**forth [4]** 3/25 6/6 14/17
**Fortunately [1]** 5/11
**forward [1]** 8/3
**four [1]** 14/22
**fourth [1]** 15/6
**framework [1]** 12/4
**frankly [2]** 17/13 19/21
**Friday [8]** 13/6 18/24 18/25 19/5 19/11 20/20 21/2 21/11
**full [1]** 16/23
**fully [2]** 7/9 16/24
**fund [4]** 11/6 11/9 11/14 12/20
**funded [1]** 11/6
**funds [1]** 11/15

**G**

**G [1]** 2/3
**gag [1]** 8/4
**gave [1]** 21/3
**get [13]** 2/24 2/24 4/5 7/11 8/25 12/3 12/4 12/6 12/7 15/22 20/8 21/16 21/24
**getting [2]** 5/3 6/21
**give [5]** 9/5 10/13 11/1 17/19 19/4
**given [6]** 13/19 14/10 14/13 15/4 19/20 20/13
**go [5]** 2/21 3/10 7/20 11/5 21/24
**going [16]** 2/25 3/3 3/24 4/16 8/19 8/24 9/14 10/4 10/8 10/9 11/22 13/8 16/5 16/19 17/16 17/23
**good [9]** 2/8 2/10 2/18 2/19 8/10 8/11 10/3 17/25 19/6
**got [6]** 7/21 9/2 9/3 12/13 12/23 19/21
**Gotcha [2]** 5/17 8/8
**government [4]** 14/2 17/10 17/13 20/13
**government's [2]** 19/23 21/21
**grounds [2]** 9/8 9/23
**guess [2]** 16/2 19/10
**guys [1]** 2/24

**H**

**had [6]** 5/12 7/6 13/15 14/14 16/8 19/2
**hand [1]** 5/11
**happened [1]** 14/6
**happy [3]** 3/5 19/21 20/1
**has [11]** 2/11 4/13 6/14 6/15 8/10 8/25 11/8 11/20 15/20 18/13 20/12
**hauled [1]** 16/3
**have [21]** 4/19 5/15

5/16 6/9 8/5 8/14 11/1 12/13 12/15 12/18 12/23 16/8 16/8 16/9 18/1 18/7 19/6 19/16 19/24 20/4 21/24
**heard [1]** 15/12
**hearing [6]** 1/12 2/12 13/1 15/24 16/23 17/5
**held [1]** 13/18
**her [1]** 12/9
**here [3]** 2/24 11/21 20/15
**hereby [1]** 22/15
**hired [1]** 12/16
**Hmm [1]** 12/24
**holder [1]** 11/10
**Homeland [1]** 14/7
**Honor [15]** 2/10 2/19 3/6 11/21 13/10 14/1 14/21 17/8 18/22 21/8 21/14 21/20 22/1 22/3 22/4
**HONORABLE [1]** 1/16
**hopefully [1]** 13/13
**hoping [1]** 7/9
**hotline [1]** 11/21
**how [3]** 3/3 11/1 20/16
**huh [2]** 5/23 18/3

**I**

**I [51]**
**I'm [7]** 3/5 5/3 7/4 19/20 19/21 20/14 21/17
**I've [2]** 13/15 19/21
**IAN [1]** 1/23
**IC9 [2]** 12/12 12/15
**ICE [7]** 6/22 7/8 8/1 8/3 8/11 12/3 12/6
**ICE's [1]** 4/20
**idea [1]** 11/1
**identification [1]** 14/19
**identified [1]** 14/24
**identifying [2]** 3/15 9/21
**ignore [2]** 5/2 5/5
**Immigration [1]** 14/10
**impede [1]** 10/24
**inaccurate [1]** 5/12
**inappropriately [1]** 5/16
**included [1]** 3/14
**inconsistent [1]** 10/23
**indefinite [1]** 6/18
**indicate [1]** 15/2
**informally [1]** 4/21
**information [12]** 3/12 3/15 3/23 5/12 5/12 9/3 9/5 9/9 10/22 11/24 12/3 12/13
**initially [1]** 4/23
**insurance [3]** 11/3 11/17 12/20
**intending [1]** 15/15
**intends [1]** 5/24

**interest [2]** 8/23
**interested [3]** 6/1 6/6 8/14
**interests [1]** 8/21
**investigate [1]** 12/14
**investigations [3]** 14/4 14/5 14/8
**invoking [1]** 9/10
**involved [3]** 4/14 6/1 6/21
**is [66]**
**isn't [1]** 12/5
**issue [2]** 3/8 14/19
**issued [4]** 12/22 14/11 14/22 15/5
**issues [2]** 8/15 14/2
**it [50]**
**it's [13]** 2/25 7/1 7/3 7/4 7/19 8/7 9/1 9/20 11/22 16/5 20/12 20/18 21/6
**its [1]** 5/18

**J**

**JENNIFER [1]** 1/24
**JENNIFER-KATE [1]** 1/24
**job [2]** 9/21 11/7
**Judge [1]** 1/16
**just [6]** 7/11 11/11 12/6 19/7 20/23 21/23
**JUSTICE [2]** 1/20 1/23

**K**

**KATE [1]** 1/24
**keep [1]** 7/18
**keeps [1]** 4/4
**kind [2]** 10/6 12/24
**King [1]** 1/14
**know [10]** 2/20 2/25 3/1 8/25 11/20 13/4 16/2 18/15 19/9 20/16

**L**

**LABOR [10]** 1/6 2/13 2/14 2/23 10/25 11/25 14/9 15/1 15/15 21/6
**language [3]** 6/15 18/18 18/19
**last [2]** 13/6 17/9
**late [1]** 13/7
**later [1]** 7/16
**law [3]** 5/20 10/24 18/15
**least [1]** 17/5
**leave [1]** 9/15
**leaving [1]** 8/21
**let's [4]** 2/24 15/22 16/17 20/23
**like [5]** 9/10 13/10 16/5 16/19 20/17
**listed [1]** 5/8
**LISTON [1]** 1/23
**literally [2]** 11/15 12/18
**litigate [1]** 9/11
**litigation [1]** 6/2
**local [1]** 21/24
**locals [1]** 14/3

**L**

lost [2]   11/7 12/12
LOUISE [1]   1/21

**M**

M [1]   1/24
made [1]   7/18
mail [3]   4/9 4/25 5/4
mails [1]   3/24
maintain [1]   7/6
maintained [1]   8/11
maintaining [1]   12/11
mandate [2]   7/25 8/1
mandated [2]   8/17 12/11
many [1]   20/16
March [1]   4/15
March 4th [1]   4/15
massive [1]   11/14
match [6]   3/18 3/19 3/19 5/13 5/14 15/16
matter [2]   2/12 21/18
matters [1]   18/10
may [1]   21/4
maybe [4]   2/25 16/2 16/3 17/4
me [5]   2/22 7/18 10/13 13/2 16/12
mean [5]   4/22 6/14 7/3 12/7 15/23
meantime [2]   17/22 18/10
media [1]   7/20
mentioned [1]   17/9
merits [7]   3/4 9/13 9/14 9/17 16/16 20/23 20/25
mess [1]   8/25
might [2]   9/12 12/23
mission [1]   12/19
misunderstanding [1]   10/1
months [2]   14/12 19/25
more [2]   4/3 21/4
most [1]   5/4
motion [13]   3/3 5/25 6/25 7/16 10/5 13/11 17/11 17/17 18/8 18/9 20/10 20/19 21/23
motions [1]   17/9
move [1]   8/4
moving [2]   2/24 9/1
Ms [10]   2/9 2/18 13/25 14/17 16/6 17/9 18/13 20/7 20/12 21/3
Ms. [1]   4/8
Ms. Wimbush [1]   4/8
much [1]   22/5
multiple [1]   3/24
my [7]   15/18 18/1 19/18 19/25 20/13 21/18 22/16

**N**

N [1]   2/3
name [3]   3/18 5/13 11/25

names [2]   3/17 5/21
narrow [1]   5/4
Nationality [1]   14/11
need [2]   4/4 6/21
next [4]   4/2 13/13 19/20 20/20
no [19]   1/4 3/20 4/13 4/13 4/24 5/9 5/14 6/11 7/5 7/20 7/25 8/2 11/7 14/14 18/6 18/17 18/22 22/3 22/4
noncompliance [1]   12/15
none [1]   15/18
nonresponsiveness [1]   2/23
not [30]
noted [1]   18/13
notes [1]   22/16
nothing [1]   15/12
notify [2]   13/11 14/23
now [7]   2/11 4/19 12/22 16/25 18/23 19/25 21/3
number [3]   5/14 12/1 15/5
numbers [17]   3/20 3/21 4/5 4/7 4/7 4/10 4/11 5/22 6/22 9/1 9/5 10/2 12/16 14/19 15/2 15/4 15/16
nutshell [1]   10/13

**O**

O [1]   2/3
object [1]   17/10
obviously [3]   13/1 17/20 18/9
off [4]   4/20 16/7 16/17 19/22
office [1]   15/18
Official [1]   22/19
okay [13]   3/9 4/8 6/12 6/24 8/19 13/8 15/19 16/18 18/20 19/1 20/6 20/22 21/15
one [9]   3/7 3/8 3/11 4/3 6/14 9/6 11/22 15/2 16/1
only [7]   3/7 5/9 5/10 12/5 12/24 14/24 21/3
operation [1]   10/25
opportunity [2]   13/19 17/19
opposing [1]   13/15
opposition [2]   8/20 20/24
order [6]   2/20 8/4 12/22 13/1 20/12 20/13
ordered [1]   15/23
orders [1]   18/14
other [8]   5/2 5/5 7/12 8/24 9/22 12/2 12/2 19/1
ought [2]   2/23 8/22
our [3]   10/19 12/17 19/20
out [12]   4/11 5/11 6/20 7/10 7/11 8/15

9/4 11/2 15/20 16/4
overall [1]   10/3
own [2]   11/7 16/15

**P**

P [1]   2/3
p.m [3]   1/11 2/6 22/7
paid [1]   11/9
papers [2]   9/11 18/1
parcel [1]   8/10
PARE [5]   1/21 2/9 13/25 20/12 21/3
part [3]   4/25 8/9 12/2
particular [4]   5/13 6/7 8/4 11/22
parties [10]   2/15 6/6 6/10 8/14 8/23 9/10 9/12 9/15 17/14 19/7
party [2]   6/1 11/10
past [2]   8/9 8/11
pay [1]   11/5
pending [1]   19/24
people [2]   11/18 16/3
perhaps [1]   13/21
period [1]   6/18
permit [1]   5/25
permits [1]   8/1
person [1]   3/12
perspective [1]   9/18
phone [1]   7/22
place [1]   18/7
Plaintiff [2]   1/4 1/21
play [1]   11/2
Please [2]   2/8 4/4
plus [1]   9/7
point [7]   4/9 6/13 7/19 7/23 8/13 15/2 18/21
policy [4]   6/5 12/17 13/20 13/22
position [10]   6/6 8/22 9/6 9/7 9/19 10/14 10/19 13/16 19/23 20/8
potentially [3]   5/15 11/13 13/20
preclude [2]   10/9 18/15
preference [1]   19/25
prepared [1]   7/9
present [2]   2/14 13/19
privileged [1]   7/14
problem [1]   13/8
proceed [1]   2/16
proceeding [1]   22/17
proceedings [2]   2/5 22/7
process [1]   10/3
produce [1]   9/9
produced [1]   14/14
proposal [1]   19/9
proposed [1]   20/13
provide [2]   10/21 13/3
provides [1]   11/25

provision [1]   7/23
purpose [4]   10/23 11/16 12/19
pursuant [1]   14/9
push [1]   20/14
put [4]   6/6 16/17 19/21 21/10
puts [2]   12/19 16/11
putting [1]   20/21

**Q**

qualifier [2]   10/21 10/22
qualifying [1]   11/6
quash [1]   9/8
question [1]   17/15
quite [1]   17/13
quote [1]   8/20

**R**

R [3]   2/3 22/18 22/19
radar [1]   4/20
rather [2]   16/16 19/6
ready [1]   2/15
real [1]   9/3
realize [1]   2/20
really [1]   11/4
reason [2]   11/7 14/14
reasons [6]   6/5 8/17 13/21 15/16 16/1 17/10
received [2]   3/14 6/14
recent [1]   5/4
recitation [1]   14/17
recognized [1]   20/12
record [3]   4/25 7/1 7/2
records [9]   3/16 4/20 5/16 6/4 6/7 9/17 11/11 14/14 14/24
regarding [1]   3/12
regs [3]   5/20 10/16 10/21
regulations [2]   5/19 10/17
relationship [1]   7/7
release [1]   10/21
released [2]   9/17 9/20
relevant [5]   10/2 10/7 10/8 14/4 17/14
remain [3]   9/11 17/23 18/1
reply [3]   16/10 21/5 21/21
REPORTER [2]   22/13 22/19
reports [4]   5/21 6/3 6/3 11/2
represented [1]   2/15
request [4]   4/20 7/18 8/7 9/8
requested [2]   6/16 18/19
required [1]   12/24

requirement [3]   7/24 8/18 8/18
respond [4]   15/15 16/20 16/23 17/20
responded [2]   3/15 8/10
response [9]   8/25 13/3 13/9 14/14 14/16 16/10 19/5 20/8 20/9
right [23]
risk [1]   12/19
ROBERT [1]   1/23
routinely [1]   14/2
RPR [1]   22/19
rules [2]   10/16 21/25

**S**

s [2]   2/3 22/18
said [5]   2/21 7/21 12/9 12/23 16/6
same [1]   3/16
sanction [1]   10/6
say [6]   8/3 11/21 12/23 14/16 19/10 21/17
saying [4]   4/4 5/4 7/12 7/15
says [1]   4/8
schedule [4]   16/7 16/15 19/20 20/3
scheduled [1]   13/1
scheme [1]   11/17
seal [8]   7/18 7/19 9/12 17/11 17/23 18/2 18/10 21/23
sealing [1]   18/14
seated [1]   2/8
Security [4]   5/22 11/25 12/15 14/7
see [2]   17/14 21/24
seeking [1]   14/24
seems [1]   4/5
September [11]   16/11 16/12 16/24 19/8 19/8 19/21 19/22 20/1 21/12 21/13 21/22
September 12 [2]   21/13 21/22
September 12th [1]   21/12
September 14 [1]   19/8
September 21 [1]   19/8
September 21st [3]   16/12 16/24 19/22
serious [1]   8/16
seriously [1]   5/20
served [6]   13/5 13/6 14/8 15/6 15/8 19/2
service [4]   12/25 13/4 16/8 18/23
set [5]   2/11 3/2 15/20 16/23 20/4
seven [3]   4/3 16/10 21/3
several [2]   14/11 19/25
share [1]   6/22
shifting [1]   14/18
should [9]   8/17 9/11 9/17 9/20

**S**

**should... [5]** 13/18 13/19 13/22 15/21 19/7
**show [3]** 1/12 2/11 10/2
**signature [1]** 20/14
**signed [1]** 16/7
**simple [1]** 12/5
**simply [1]** 8/7
**since [3]** 9/9 15/12 18/8
**situation [2]** 8/2 8/4
**six [2]** 4/19 5/15
**so [21]** 2/20 3/24 4/13 6/1 6/20 7/9 7/11 7/16 8/15 8/19 9/19 10/15 11/19 12/17 14/9 16/16 18/4 18/23 19/1 19/7 21/21
**Social [3]** 5/22 11/25 12/15
**some [7]** 4/9 4/16 7/7 7/22 10/5 15/16 17/5
**somebody [2]** 7/13 18/15
**something [2]** 10/6 15/23
**sometime [1]** 16/24
**Sometimes [1]** 15/11
**somewhere [3]** 12/5 12/7 12/7
**soon [1]** 7/20
**sorry [1]** 7/4
**sort [1]** 6/20
**sound [1]** 16/25
**sounds [4]** 9/10 16/5 16/19 21/9
**source [1]** 11/24
**speak [1]** 3/2
**speaks [1]** 7/13
**Special [3]** 14/23 15/3 15/18
**specific [2]** 3/12 3/12
**specificity [1]** 9/22
**stability [1]** 11/18
**standard [1]** 6/15
**standing [1]** 8/14
**starts [1]** 11/11
**state [11]** 5/20 10/16 10/18 10/20 10/23 11/6 11/9 11/14 14/3 15/5 15/7
**state-funded [1]** 11/6
**STATES [6]** 1/1 1/3 1/16 2/12 14/7 14/13
**statutory [2]** 7/25 8/5
**stenographic [1]** 22/16
**stick [1]** 19/7
**still [1]** 4/13
**stop [3]** 8/5 10/10 17/17
**Street [1]** 1/14
**strong [1]** 6/5
**struck [1]** 2/22
**submission [1]**
**submitted [1]** 13/2

**subpoena [18]** 3/7 3/14 3/15 3/16 4/2 4/14 4/14 4/18 4/22 5/4 5/8 5/25 10/10 14/8 14/11 14/15 14/25 15/6
**subpoenas [6]** 3/11 6/14 14/3 14/22 18/17 19/24
**subsequent [1]** 10/5
**substantive [1]** 20/9
**such [5]** 9/12 10/24 12/18 18/8 18/8
**sufficient [2]** 15/3 15/4
**summarizes [1]** 7/17
**superceding [2]** 4/18 5/2
**surprise [2]** 12/10 12/13
**suspected [1]** 16/2
**suspicion [2]** 11/19 11/20
**system [1]** 4/12

**T**

**take [2]** 9/6 21/7
**takes [1]** 5/18
**taking [1]** 9/19
**talk [3]** 13/15 17/4 20/23
**talking [2]** 16/3 18/15
**target [1]** 9/1
**taxes [3]** 11/4 11/5 11/5
**technically [3]** 19/1 19/10 20/11
**tells [1]** 16/12
**ten [1]** 4/15
**than [1]** 16/16
**Thank [6]** 2/17 13/23 13/24 14/1 22/1 22/5
**that [94]**
**that's [13]** 4/21 5/3 6/13 7/14 7/14 10/8 14/5 15/11 16/14 16/15 17/18 21/8 21/20
**their [6]** 6/6 6/7 11/7 11/7 13/20 13/20
**them [11]** 4/23 6/15 8/6 9/5 11/11 11/12 11/23 17/17 19/2 19/4 19/12
**themselves [1]** 18/18
**then [17]** 4/5 5/7 6/25 10/5 10/13 11/8 11/21 13/3 15/12 16/9 16/22 16/23 19/16 21/16 21/18 21/23 21/24
**there [28]**
**there's [11]** 2/21 4/3 4/9 4/13 4/24 5/14 7/16 9/8 9/22 10/5 16/12
**these [12]** 4/10 5/21 8/1 8/10 8/20 8/22 9/10 9/11

**they [16]** 3/22 4/21 6/1 6/21 6/21 6/22 8/15 9/4 9/19 12/7 12/16 14/22 16/19 17/16 18/7 20/14
**thing [1]** 2/24
**think [10]** 9/7 9/24 10/2 10/6 15/11 16/16 18/5 18/12 20/12 21/18
**third [9]** 4/14 8/22 9/10 9/12 9/15 11/10 15/20 16/11 17/14
**third-party [1]** 11/10
**this [41]**
**those [13]** 3/17 3/20 6/3 6/4 6/5 6/9 7/17 9/24 10/17 10/20 11/5 11/5 18/16
**though [3]** 17/5 17/8 18/13
**three [3]** 3/17 5/2 5/5
**time [4]** 2/11 6/19 7/5 7/11
**timeline [1]** 18/5
**timing [1]** 19/23
**TIN [1]** 4/7
**tip [1]** 11/21
**today [1]** 14/13
**told [1]** 4/21
**total [1]** 4/19
**transcript [1]** 22/16
**treating [1]** 21/17
**trial [1]** 19/20
**true [2]** 15/14 22/15
**trust [3]** 11/6 11/9 11/14
**try [1]** 10/9
**trying [2]** 6/20 20/15
**Twenty [1]** 19/17
**Twenty-first [1]** 19/17
**two [2]** 3/11 17/9

**U**

**U.S [1]** 22/20
**UC [1]** 10/24
**Uh [2]** 5/23 18/3
**Uh-huh [2]** 5/23 18/3
**ultimate [1]** 3/3
**ultimately [1]** 14/23
**under [12]** 5/19 7/17 7/18 9/11 10/17 12/3 12/22 14/10 17/23 18/1 18/10 20/11
**understand [3]** 7/19 12/3 12/6
**understanding [1]** 15/3
**undisputed [1]** 15/12
**unemployment [3]** 11/3 11/16 12/20
**UNITED [6]** 1/1 1/3

**unquote [1]** 8/21
**unseal [3]** 5/25 13/11 20/20
**unsealing [1]** 17/10
**until [5]** 13/18 14/13 16/8 19/22 20/1
**unusual [1]** 15/23
**up [7]** 3/2 7/13 9/4 14/13 15/17 16/23 20/4
**upon [1]** 12/25
**urgency [1]** 16/12
**us [1]** 16/11
**used [1]** 11/2
**uses [1]** 3/21

**V**

**v [1]** 1/5
**valid [1]** 11/8
**verify [2]** 3/22 4/13
**verifying [1]** 12/15
**versus [2]** 2/13 5/7
**very [4]** 8/16 11/1 13/21 22/5

**W**

**wage [3]** 3/16 6/3 11/2
**wages [2]** 3/13 5/21
**wait [2]** 5/4 19/25
**want [6]** 3/2 9/11 18/21 20/24 21/4 21/5
**was [22]** 3/14 3/19 7/5 7/20 7/21 8/2 13/1 13/2 13/6 14/13 14/24 15/3 15/6 15/8 15/8 15/10 15/18 16/1 18/23 18/24 19/10 19/11
**way [2]** 4/13 13/12
**ways [1]** 12/3
**we [21]** 3/2 3/3 3/10 4/4 4/17 7/9 8/3 8/5 8/16 8/25 12/13 13/10 16/3 16/23 18/4 19/7 20/18 20/19 21/23 21/24 22/6
**we'll [2]** 9/4 9/5
**we're [1]** 4/19
**we've [2]** 9/2 9/3
**Wednesday [2]** 1/11 13/14
**week [2]** 16/11 19/20
**weekdays [1]** 19/19
**well [9]** 5/3 7/19 9/16 12/12 13/10 13/20 14/16 17/16 18/5
**went [1]** 12/25
**were [7]** 3/20 4/18 13/4 14/22 14/22 15/14 15/15
**weren't [1]** 16/3
**what [23]**
**what's [5]** 7/2 10/13 19/9 19/23 21/10
**whatever [2]** 7/21

**when [12]** 7/12 10/4 11/6 12/16 12/23 15/8 15/21 16/24 18/7 20/7 20/24 21/5
**whether [3]** 9/11 12/11 13/18
**which [6]** 4/12 6/20 11/4 12/22 13/21 18/13
**who [3]** 3/25 7/6 11/7
**whole [1]** 11/16
**whose [1]** 5/15
**why [7]** 8/17 9/17 13/22 14/14 17/14 18/4 21/15
**will [18]** 4/7 4/7 4/25 9/16 10/24 12/18 13/16 16/22 17/19 20/18 21/7 21/10 21/14 21/16 21/17 21/18 21/21 21/23
**willing [1]** 20/14
**Wilmington [1]** 1/14
**Wimbush [3]** 3/25 4/8 5/1
**wish [1]** 6/2
**within [4]** 4/2 12/25 13/4 13/9
**without [1]** 18/14
**words [3]** 7/12 8/24 19/2
**work [6]** 9/4 16/4 16/5 17/5 20/15 21/14
**works [1]** 20/16
**would [26]**
**wouldn't [2]** 7/22 16/8

**Y**

**yeah [4]** 19/15 20/5 21/7 21/13
**yes [11]** 4/8 15/10 15/25 16/21 17/7 17/21 17/24 18/11 18/25 19/3 20/11
**yet [2]** 12/25 13/16
**you [61]**
**you'd [1]** 19/16
**you're [1]** 9/10
**You've [1]** 15/12
**your [24]**
**yourself [1]** 21/3