IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | |
|---|---|
| Petitioner, | |
| v. | Misc. No. 25-mc-322-CFC |
| DELAWARE DEPARTMENT OF LABOR, | |
| Respondent. | |

## JOINT MOTION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE

Respondent Delaware Department of Labor ("Respondent") respectfully submits this Joint Motion to Modify Briefing Schedule and [Proposed] Order for the Court's consideration on behalf of the parties.

1. WHEREAS, Petitioner United States of America filed its Petition to Enforce Department of Homeland Security Administrative Subpoena on July 31, 2025;

2. WHEREAS, Respondent filed and the Court granted Respondent's Unopposed Motion to Modify Briefing Schedule on August 18, 2025, extending the deadline for Respondent to answer, move, or otherwise respond to the Petition to Enforce Department of Homeland Security Administrative Subpoena to September 12, 2025, and Petitioner's deadline to reply is to September 19, 2025.

3. WHEREAS, Petitioner and Respondent have conferred and jointly petition this Court to extend the deadline for Respondent to move, answer or otherwise respond to the Petition to Enforce the Administrative Subpoena through and including September 19, 2025, and the Petitioner shall have through and including October 3, 2025, to reply; and

4. WHEREAS, no party will be prejudiced by a brief extension of such dates:

**IT IS HEREBY ORDERED** that the deadline for Respondent to answer, move, or otherwise respond to the Petition to Enforce Department of Homeland Security Administrative Subpoena is extended to September 19, 2025, and Petitioner's deadline to reply is extended to October 3, 2025.

Dated: September 8, 2025

**DELAWARE DEPARTMENT OF JUSTICE**

/s/ *Jennifer Kate Aaronson*
Jennifer Kate Aaronson (DE Bar No. 3478)
Ian R. Liston (DE Bar No. 5507)
820 N. French Street
Wilmington, DE 19801
(302) 683-8803
jennifer.aaronson@delaware.gov

*Counsel for Delaware Department of Labor*

**SO ORDERED** this 9th day of September, 2025.

_____
The Honorable Colm F. Connolly
Chief United States District Judge