# Exhibit A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, <br><br> Petitioner, <br><br> v. <br><br> Delaware Department of Labor, <br><br> Respondent. | Misc. No. 25-mc-322-CFC |

## DECLARATION OF MARIE CAMERON

I, Marie Cameron, declare as follows:

1. I am the Director of the Division of Unemployment Insurance in the Delaware Department of Labor ("DDOL/UI").

2. This declaration is based upon my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the records and systems of DDOL/UI to which I have access in the course of my duties, and information conveyed to me by other knowledgeable DDOL/UI employees with whom I work on a regular basis. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

3.  I have served in the role of Director of the Division of Unemployment Insurance since May 27, 2025. Immediately prior to that role, from December, 2023 to May, 2025, I was a Unemployment Insurance Program Supervisor at the U.S. Department of Labor ("USDOL"). At the USDOL, my duties included oversight of the national unemployment insurance tax program.

4.  Prior to that time, I served for twenty-two (22) years in various roles in DDOL/UI, including the roles of Manager of the Employer Contribution Operations Unit and Administrator of the Quality Control Unit. Marlon Tann, a Field Agent in DDOL/UI, is one of my indirect reports.

5.  DDOL/UI receives annual federal funding, known as the UI Operating Grant, which covers the majority of its administrative expenses. Federal grant funding is conditioned on the DDOL/UI's compliance with federal laws and regulations governing the confidentiality of UI information and on Delaware UI law and regulations that are approved by the Secretary of the USDOL.

## Use of SAVE to Verify Immigration Status

6.      USCIS is the federal agency responsible for administering the SAVE Program, which is a federal system states can use to verify the immigration status of non-citizen applicants for, and recipients of, certain types of federally funded benefits, including unemployment insurance benefits. Participation in SAVE by state UC agencies is voluntary. DDOL/UI utilizes SAVE to ensure unemployment compensation benefits are only paid only to eligible applicants. SAVE's website assures it maintains the security of its data, and that it does not "share information provided by user agencies for administrative (non-criminal) immigration enforcement purposes." (https://www.uscis.gov/save/about-save/about-save).

7.      Historically, DDOL has accessed SAVE only at the time a claimant initially seeks benefits; however, USDOL, by an April 18, 2025, letter to State UI Administrators, now encourages state UI programs to verify an individual's eligibility every week a claimant continues to seek benefits. USDOL explained in that letter that it is "critical that SAVE be used on each initial claim and week within an individual's continued claim series to assess eligibility" because of "the frequency with which immigration status changes."

**Solvency of the UI Trust Fund**

8.      Delaware's UI Trust Fund (the "UI Trust Fund") is the sole source of the funding and payment of eligible Unemployment Compensation ("UC") benefits. The UI Trust Fund is funded exclusively by employer tax assessments, penalties, and interest calculated and paid by employers in conjunction with the filing of their quarterly wage reports.

9.      Maintaining the solvency of the UI Trust Fund is critical to fulfilling DDOL/UI's mission to provide economic stability to eligible UI claimants because it is the sole source for payment of eligible claimants' UI benefits. The UI Trust Fund is funded by quarterly UI tax assessments paid by employers at the time of filing and based on the wage information reported in their quarterly wage reports. Compliance by employers with their reporting and payment obligations is crucial to maintaining the solvency of the UI Trust Fund, especially in times of high unemployment rates. When economic conditions cause an increase in the unemployment rate in our state, that results in the payment of more benefits from the UI Trust Fund and puts a strain on the UI Trust Fund and the ability to make benefit payments. As the Director, I am responsible for monitoring the solvency of the UI Trust Fund.

10. As of January 1st of each year, USDOL calculates the solvency of the UI Trust Fund in each state according to a federal minimum solvency formula. The State UI Trust Fund Solvency Report is issued by USDOL each year and published on their website (https://oui.doleta.gov/unemploy/solvency.asp). The solvency formula as described in the State UI Trust Fund Solvency Report is as follows:

> "The dollar amount in the state trust fund is not a very useful measure of state solvency since no comparison is made to the fund's benefit liabilities or state size. The simplest solvency measure called the Reserve Ratio is derived by taking the trust fund balance and dividing by the state's total wages paid for the year (item 12). This measure can be compared against the level of benefits paid in the year divided by the same yearly wages- this ratio is referred to as the Benefit Cost Rate. A common comparison is to take the highest Benefit Cost Rate in the state's history and compare it to the Reserve Ratio, or to take the average of the three highest Benefit Cost Rates in the last twenty years and compare that to the Reserve Ratio (this is called the Average High Cost Multiple). In the latter case, values greater than one (Reserve Ratio divided by Average Benefit Cost Rate) are considered the minimum level for adequate state solvency going into a recession."

11. From the years of 2015 (the earliest solvency report on USDOL's website showing data for Delaware) to 2021, the UI Trust Fund in Delaware was categorized by USDOL as <u>below</u> the federal minimum solvency recommended level. Thereafter, the state used ARPA funds provided under the federal CARES Act to supplement the UI Trust Fund to bring it <u>above</u> the federal minimum

solvency level, where it remained from 2022 to 2024 due to that influx of federal grant funds. As of January 1, 2025, the UI Trust Fund in Delaware has again gone <u>below</u> the federal minimum solvency recommended level. The goal of the federal minimum solvency recommended level is to ensure that states can withstand negative economic conditions and still be able to pay unemployment benefit payments during a recessionary period without the need to obtain a federal loan.

**<u>Harm from Potential Disclosure of Delaware Wage Reports</u>**

12. Based on my 23 years of experience working for DDOL/UI and USDOL, if employers stop filing or delay filing wage reports based on concerns about the effect that disclosure of their employees' personal data will have on their business and their employees, I believe that would interfere with the efficient administration of Delaware's UI Code. The mission of Delaware's UI Code is to provide economic stability to Delawareans through the payment of unemployment compensation benefits. DDOL/UI cannot accomplish its mission without sufficient funds in the UI Trust Fund to pay unemployment benefits to claimants. The solvency of the UI Trust Fund is dependent on employer's filing their wage reports and paying their quarterly tax assessments.

13. If confidential UC data is permitted to be used by DHS for the purpose of immigration - a non-unemployment related purpose - such disclosure would create a substantial risk that claimants would not apply for benefits and employers would not file their reports and pay their assessments. This result would impede the administration of DDOL/UI and undermine the entire purpose of the DDOL/UI system.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24 day of September, 2025, in Wilmington, Delaware.

*Marie Cameron*
―――――――――――――――――
Marie Cameron
Director of the Division of Unemployment Insurance
Delaware Department of Labor

# Draft DECLARATION OF Marie Cameron 9.19.25 short form VC - add SAVE reorder.docxMC Corrections_

Final Audit Report 2025-09-24

| | |
|---|---|
| Created: | 2025-09-24 |
| By: | Tammy Boyd (Tammy.Boyd@delaware.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAbvB87FXEo-zX9QNJaYRr-rLOH7wVv1UF |

## "Draft DECLARATION OF Marie Cameron 9.19.25 short form V C - add SAVE reorder.docxMC Corrections_" History

- Document created by Tammy Boyd (Tammy.Boyd@delaware.gov)
  2025-09-24 - 2:58:32 PM GMT

- Document emailed to Marie Cameron (Marie.Cameron@delaware.gov) for signature
  2025-09-24 - 2:58:37 PM GMT

- Email viewed by Marie Cameron (Marie.Cameron@delaware.gov)
  2025-09-24 - 2:59:07 PM GMT

- Document e-signed by Marie Cameron (Marie.Cameron@delaware.gov)
  Signature Date: 2025-09-24 - 2:59:25 PM GMT - Time Source: server

- Agreement completed.
  2025-09-24 - 2:59:25 PM GMT

Adobe Acrobat Sign