UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. No. 25-322-CFC |
| ) | |
| Delaware Department of Labor, ) | |
| ) | |
| Respondent. ) | |

## ORDER

AND NOW, this 29th day of September, 2025, upon consideration of United States's Motion to Exceed Word Limit, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED and the United States may file a reply brief that does not exceed 5,000 words.

_____
HONORABLE COLM F. CONNOLLY
CHIEF UNITED STATES DISTRICT JUDGE

1