# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

United States of America,        )
                                 )
              *Petitioner*,       )
                                 )
       v.                        )        Misc. No. 25-mc-322-CFC
                                 )
Delaware Department of Labor,    )
                                 )
              *Respondent*.       )

## ORDER

AND NOW this 1st day of October, 2025, upon consideration of the United States' Motion to Stay Proceedings in Light of Lapse of Appropriations:

It is HEREBY ORDERED that the motion is GRANTED, and proceedings in this case, including briefing deadlines, are hereby stayed.  Attorneys for the United States shall notify the Court promptly once Congress has appropriated funds for the Department of Justice, and the stay will be lifted at such time.  All current deadlines for the parties shall be extended commensurate with the duration of the lapse in appropriations to the Department of Justice.

_____
Honorable Colm F. Connolly
Chief United States District Judge