IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

Petitioner,

v.

DELAWARE DEPARTMENT OF
LABOR,

Respondent.

Miscellaneous Action
No. 25-mc-322-CFC

## ORDER

At Wilmington on this Thirteenth Day of April in 2026:

For the reasons set forth in the Memorandum Opinion issued this day, it is

HEREBY ORDERED that Petitioner United States of America's Petition to

Enforce Department of Homeland Security Administrative Subpoena (D.I. 2) is

GRANTED.

_____
CHIEF JUDGE