**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | M.A. No. 25-322-CFC |
| | ) | |
| DELAWARE DEPARTMENT OF | ) | |
| LABOR, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>NOTICE OF APPEAL</u>**

NOTICE IS HEREBY GIVEN that Respondent Delaware Department of Labor ("DDOL"), by and through its undersigned counsel, appeals to the United States Court of Appeals for the Third Circuit from the Court's Memorandum Opinion (D.I. 35) and Order (D.I. 36) entered on April 13, 2026, granting enforcement of Petitioner United States of America's Petition to Enforce Department of Homeland Security Administrative Subpoena, and also all prior orders, judgments, and rulings entered in this action leading to, underlying, subsumed within, or subsequent to the Memorandum Opinion and Order, including but not limited to:

D.I. 6 –    August 1, 2025 ORDER granting Petitioner's Motion to Seal (D.I. 1)

D.I. 34 –    April 13, 2026 ORDER denying Respondent's Motion to Unseal Exhibit and Stay Proceedings (D.I. 14)

D.I. 35 –    April 13, 2026 MEMORANDUM OPINION

D.I. 36 –  April 13, 2026 ORDER granting Petitioner's Petition to Enforce (D.I. 2)

The Petitioner's attorneys to the Memorandum Opinion and Order being appealed are as follows:  Claudia L. Pare, Assistant U.S. Attorney, United States Attorney's Office for the District of Delaware.

Respectfully submitted,

Dated: April 21, 2026

**DELAWARE DEPARTMENT OF JUSTICE**

*/s/ Jennifer Kate Aaronson*

Jennifer Kate Aaronson (DE Bar No. 3478)
Ian R. Liston (DE Bar No. 5507)
820 N. French Street
Wilmington, DE 19801
Telephone:  (302) 683-8803
Email:  jennifer.aaronson@delaware.gov

*Counsel for Delaware Department of Labor*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 21, 2026, a copy of the foregoing document was served on counsel of record via the District of Delaware's electronic filing system.

 /s/ *Jennifer Kate Aaronson*
Jennifer Kate Aaronson (DE Bar No. 3478)