# EXHIBIT # 1

**From:**     Aaronson, Kate K (DOJ)
**To:**       claudia.pare@usdoj.gov
**Cc:**       Liston, Ian (DOJ)
**Subject:**  [EXTERNAL] US v. DOL
**Date:**     Wednesday, April 22, 2026 1:51:30 PM

Claudia,

Following up on your last email regarding production.

If the stay motions are denied, we believe the requested documents are mostly ready for production. There may be a few minor questions for clarification but we anticipate a quick turnaround.

Best,
Kate

Jennifer Kate Aaronson
Office of Impact Litigation
Delaware Department of Justice
820 North French Street
Wilmington, Delaware 19801

Cell: 856.430.8881 (preferred)
Office: 302.683.8803

Confidentiality Notice: This electronic message and any attachment(s) are confidential and may be subject to the attorney/client privilege and/or work product immunity. This e-mail is only for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately by replying to this e-mail, then delete this message and any attachment(s) from your system. Any unintended transmission expressly shall not waive the attorney/client privilege or any other privilege.