**From:** Pare, Claudia (USADE)
**To:** Aaronson, Kate K (DOJ)
**Cc:** Liston, Ian (DOJ); Nazarewycz, Judith (DOJ)
**Subject:** Re: US v. DOL
**Date:** Tuesday, April 21, 2026 5:46:35 PM

Hi Kate - assuming any stay motions are denied, can you please confirm that DDOL will be prepared to produce the subpoenaed materials in short order?  I don't want any further delay should that be the case.

---

**From:** Aaronson, Kate K (DOJ) <Kate.Aaronson@delaware.gov>
**Sent:** Tuesday, April 21, 2026 5:44:03 PM
**To:** Pare, Claudia (USADE) <Claudia.Pare@usdoj.gov>
**Cc:** Liston, Ian (DOJ) <Ian.Liston@delaware.gov>; Nazarewycz, Judith (DOJ) <judith.nazarewycz@delaware.gov>
**Subject:** [EXTERNAL] RE: US v. DOL

Claudia,

My apology for the delay in responding.

As you likely know, DOL filed the motion to stay. We will be in touch promptly following the resolution of that motion and any subsequent motion to the Third Circuit, should one become necessary.

Best,
Kate

---

**From:** Pare, Claudia (USADE) <Claudia.Pare@usdoj.gov>
**Sent:** Tuesday, April 21, 2026 10:55 AM
**To:** Aaronson, Kate K (DOJ) <Kate.Aaronson@delaware.gov>
**Cc:** Liston, Ian (DOJ) <Ian.Liston@delaware.gov>; Nazarewycz, Judith (DOJ) <judith.nazarewycz@delaware.gov>
**Subject:** RE: US v. DOL

Kate,

Absent a stay, the Delaware Department of Labor originally said they would produce records today. When are you now intending to produce documents as ordered by the Court?

Claudia

**Claudia L. Pare**
Assistant United States Attorney

United States Attorneys Office | District of Delaware
1313 N. Market Street, Wilmington, DE 19801
Desk: 302-573-6603 | Cell: 302-377-7145 | claudia.pare@usdoj.gov

---

**From:** Pare, Claudia (USADE)
**Sent:** Monday, April 13, 2026 2:06 PM
**To:** 'Aaronson, Kate K (DOJ)' <Kate.Aaronson@delaware.gov>
**Cc:** Liston, Ian (DOJ) <Ian.Liston@delaware.gov>; Nazarewycz, Judith (DOJ)
<judith.nazarewycz@delaware.gov>
**Subject:** RE: US v. DOL

Hi Kate – A production of records in response to the subpoena by April 21, 2026, is fine by the
United States.

Thanks, Kate.

Claudia

**Claudia L. Pare**
Assistant United States Attorney

United States Attorneys Office | District of Delaware
1313 N. Market Street, Wilmington, DE 19801
Desk: 302-573-6603 | Cell: 302-377-7145 | claudia.pare@usdoj.gov

---

**From:** Aaronson, Kate K (DOJ) <Kate.Aaronson@delaware.gov>
**Sent:** Monday, April 13, 2026 2:03 PM
**To:** Pare, Claudia (USADE) <Claudia.Pare@usdoj.gov>
**Cc:** Liston, Ian (DOJ) <Ian.Liston@delaware.gov>; Nazarewycz, Judith (DOJ)
<judith.nazarewycz@delaware.gov>
**Subject:** [EXTERNAL] US v. DOL

Hi Claudia,

I briefly reviewed the Court's Order and Opinion this morning. The Court granted the Motion to Enforce but did not provide a specific date for production.

We are working on scheduling a meeting with our client to discuss the options, including whether to file a notice of appeal and a motion to stay enforcement pending appeal.  If Defendant intends to file a motion to stay, by my calculation, it would have to be filed by COB on Monday.

Given the time frame and our need to consult with our client, will you agree to a production date of April 21, 2026, should our client decide not to file a stay?

Best,
Kate

Jennifer Kate Aaronson
Office of Impact Litigation
Delaware Department of Justice
820 North French Street
Wilmington, Delaware 19801

Cell: 856.430.8881 (preferred)
Office: 302.683.8803

Confidentiality Notice:  This electronic message and any attachment(s) are confidential and may be subject to the attorney/client privilege and/or work product immunity.  This e-mail is only for the use of the intended recipient(s).  If you have received this e-mail in error, please notify the sender immediately by replying to this e-mail, then delete this message and any attachment(s) from your system.  Any unintended transmission expressly shall not waive the attorney/client privilege or any other privilege.