| | |
|---|---|
| **From:** | Pare, Claudia (USADE) |
| **To:** | Aaronson, Kate K (DOJ) |
| **Cc:** | Liston, Ian (DOJ) |
| **Subject:** | RE: US v. DOL |
| **Date:** | Wednesday, April 22, 2026 1:58:07 PM |

Great.  Thanks Kate!

---

**From:** Aaronson, Kate K (DOJ) <Kate.Aaronson@delaware.gov>
**Sent:** Wednesday, April 22, 2026 1:51 PM
**To:** Pare, Claudia (USADE) <Claudia.Pare@usdoj.gov>
**Cc:** Liston, Ian (DOJ) <Ian.Liston@delaware.gov>
**Subject:** [EXTERNAL] US v. DOL

Claudia,

Following up on your last email regarding production.

If the stay motions are denied, we believe the requested documents are mostly ready for production. There may be a few minor questions for clarification but we anticipate a quick turnaround.

Best,
Kate

Jennifer Kate Aaronson
Office of Impact Litigation
Delaware Department of Justice
820 North French Street
Wilmington, Delaware 19801

Cell: 856.430.8881 (preferred)
Office: 302.683.8803

Confidentiality Notice:  This electronic message and any attachment(s) are confidential and may be subject to the attorney/client privilege and/or work product immunity.  This e-mail is only for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately by replying to this e-mail, then delete this message and any attachment(s) from your system.  Any unintended transmission expressly shall not waive the attorney/client privilege or any other privilege.